# United States Bankruptcy Court
## District of Nevada

Case No. <u>09–19658–bam</u>

**Chapter 7**

In re: (Name of Debtor)
   WILLIAM R. SCHULTE                              MELANI SCHULTE
   7201 W. LAKE MEAD BLVD. #550       7201 W. LAKE MEAD BLVD. #550
   LAS VEGAS, NV 89128                           LAS VEGAS, NV 89128

Social Security No.:
   xxx–xx–6233                                                  xxx–xx–0225

## NOTICE OF DISMISSAL;
## NOTICE THAT ALL PENDING HEARINGS ARE VACATED

On , the Bankruptcy Court for the District of Nevada entered an order dismissing this bankruptcy case. As a result, all pending hearings in the case, except any pending hearings on fee applications for Chapter 13 cases, are hereby vacated and will be taken off calendar without further notice. This notice does not affect the status of any adversary proceedings or any motions or matters that are pending in such adversary proceedings.

Dated: 8/19/09                                                     BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court